

**NUMBER 13-13-00641-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSE ALFREDO GARCIA,**                                                     **Appellant,**

**v.**

**CARLOS ABREGO,**                                                            **Appellee.**

---

On appeal from the 404th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Jose Alfredo Garcia, attempted to perfect an appeal from a judgment entered by the 404th District Court of Cameron, County, Texas, in cause no. 2011-DCL-4788-G. Appellant's amended notice of appeal states he is appealing a judgment dated October 30, 2013.

Upon review of the documents before the Court, it appeared that there is no final appealable judgment dated October 30, 2013. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the Court's notice, the appeal would be dismissed for want of jurisdiction. Appellant has responded by providing a copy of a final judgment issued in cause no. 2011-DCL-4788-G, signed May 7, 2012.

Based on the Court's review of another appeal involving the same parties, *Garcia v. Abrego,* Cause No. 13-12-00390-CV, 2013 Tex. App. WL 4033969 (Tex. App.—Corpus Christi Aug. 08, 2013, no pet.)(per curiam), the matter subject to appeal herein has already been addressed.

Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(a),(c). We dismiss any pending motions as moot.

PER CURIAM

Delivered and filed the
17th day of April, 2014.

2